| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Cummings, Samuel R. | 2. Court or Organization  U.S. District Court Northern District of Texas | 3. Date of Report  04/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address  1205 Texas Avenue Room C-210  Lubbock, Texas 79401 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/17/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/17/2012 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | money market-savings - Wells Fargo Bank | B | Interest | M | T | | | | | |
| 2. | CD - Wells Fargo Bank | F | Interest | P1 | T | | | | | |
| 3. | CD-IRA - Wells Fargo Bank | B | Interest | N | T | | | | | |
| 4. | Oil & Gas Royalty & Working Interests: | | | | | | | | | |
| 5. | --Dynegy (Targo) Midstream Service | B | Royalty | J | W | | | | | |
| 6. | --Roy Furr Estate Operator | B | Royalty | J | W | | | | | |
| 7. | Wells Fargo Brokerage Account: | | | | | | | | | |
| 8. | --CD - Morgan Stanley Bank, Salt Lake City, UT | B | Interest | | | Redeemed | 1/11/11 | K | | proceeds purchased bond |
| 9. | --CD - 1st Advantage Bank, St. Peters, MO | B | Interest | L | T | | | | | |
| 10. | --CD - Freedom Bank, Columbia Falls, MT | A | Interest | | | Redeemed | 4/18/11 | K | | proceeds purchased bond |
| 11. | --CD - Gulf Coast Bank & Trust, New Orleans, LA | B | Interest | K | T | | | | | |
| 12. | --CD - First State Bank, Buxton, ND | B | Interest | L | T | | | | | |
| 13. | --CD - Mason State Bank, Mason, MI | C | Interest | L | T | | | | | |
| 14. | --CD - Morton Community Bank, Morton, IL | C | Interest | L | T | | | | | |
| 15. | --CD - Citizens State Bank, Clayton, WI | B | Interest | K | T | | | | | |
| 16. | --CD - National Republic Bank, Chicago, IL | B | Interest | L | T | | | | | |
| 17. | --CD - Bank of North Carolina, Thomasville, NC | B | Interest | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --CD - Provincial Financial Bank, Clayton, MO | B | Interest | K | T | | | | | |
| 19.  --CD - National Republic Bank, Chicago, IL | A | Interest | J | T | | | | | |
| 20.  --CD - Roundbank, Waseca, MN | C | Interest | M | T | | | | | |
| 21.  --Bond - Eagle Mountain-Saginaw TX School District | B | Interest | L | T | | | | | |
| 22.  --Bond - Travis Co. TX | B | Interest | L | T | | | | | |
| 23.  --Bond - Pflugerville TX ISD Building PSF | B | Interest | K | T | | | | | |
| 24.  --Bond - Duncanville TX ISD | B | Interest | L | T | | | | | |
| 25.  --Bond - Barbers Hill TX ISD | B | Interest | K | T | | | | | |
| 26.  --Bond - Ft. Worth TX CTF oblig. | B | Interest | L | T | | | | | |
| 27.  --Bond - NW Harris County Municipal Utility District | C | Interest | L | T | | | | | |
| 28.  --Bond - Ft. Bend County Municipal Utility District | C | Interest | L | T | | | | | |
| 29.  --Bond - Donna TX ISD School Building PSF | B | Interest | L | T | | | | | |
| 30.  --Bond - Pharr San Juan Alamo TX ISD | B | Interest | L | T | | | | | |
| 31.  --Bond - Dallas TX ISD Building Fund | B | Interest | K | T | | | | | |
| 32.  --Bond - Univsersity of TX Revs. Fin. Sys. | C | Interest | M | T | | | | | |
| 33.  --Bond - Waxahachie TX CTFS oblig. | B | Interest | L | T | Buy | 1/21/11 | L | | see part VIII |
| 34.  --Bond - Lubbock TX ISD Sch Bldg Fund PSF | B | Interest | L | T | Buy | 3/15/11 | L | | see part VIII |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)            U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Burleson TX CTF oblig. | A | Interest | K | T | Buy | 5/5/11 | K | | see part VIII |
| 36. --McKinney TX Ind. Sch. Dis. g/o | A | Interest | L | T | Buy | 9/6/11 | L | | see part VIII |
| 37. Wells Fargo Retirement Brokerage Account: | | | | | | | | | |
| 38. --CD - Bank of North Carolina, Thomasville, NC | B | Interest | M | T | | | | | |
| 39. --CD - Discover Bank, Greenwood, DE | B | Interest | M | T | | | | | |
| 40. --CD - First Bank Highland Park, Highland Park, IL | B | Interest | M | T | | | | | |
| 41. --CD - Luana Savings Bank., Luana, IA | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p. 5, line 33.
Part VII, p. 5, line 34.
Part VII, p. 6, line 35.
Part VII, p. 6, line 36.

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/17/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel R. Cummings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544